**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
MARK FURER AND CONCRETE INDUSTRIES
ONE CORP.

        Civil Action No.

Plaintiffs

        **NOTICE OF PETITION**

vs.

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEFAND
CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,
Defendants

------------------------------------------------------------- x


PLEASE TAKE NOTICE that upon the accompanying Petition to vacate the arbitration award

and the forthcoming (i) Memorandum of Law in Support of Petition to vacate and (ii)

Declaration of Avram E. Frisch, and the exhibits thereto, Petitioners Mark Furer and Concrete

Industries One Corp.  ("Petitioners"), through undersigned counsel, move this Court, pursuant to

9 U.S.C. § 10 and 9 U.S.C. § 12, for an Order granting the relief requested in Petitioners'

Petition to vacate the arbitration award. A response is due per applicable law. Please contact the

undersigned to discuss a proposed briefing schedule.


        Respectfully submitted,


        THE LAW OFFICE OF AVRAM E. FRISCH LLC

*Attorney for plaintiff*

Dated: November 20, 2024

By:/s/ Avram E. Frisch_____
Avram E. Frisch, Esq.