AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| MARK FURER et al., | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Case No. 24 CV 8863 |
| TRUSTEES OF THE NEW YORK CITY et al., | ) | |
| *Defendants* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS                                                                                          .

Date:    11/25/2024                                             /s/ Maura Moosnick
                                                                      *Attorney's signature*

                                                        Maura Moosnick, Esq., 5946876
                                                          *Printed name and bar number*

                                                            Virginia & Ambinder, LLP
                                                            40 Broad Street, 7th Floor
                                                            New York, New York 10004
                                                                      *Address*

                                                            mmoosnick@vandallp.com
                                                                  *E-mail address*

                                                                 (212) 943-9080
                                                                *Telephone number*

                                                                 (212) 943-9082
                                                                   *FAX number*