AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| MARK FURER et al., | ) |
|---|---|
| *Plaintiffs* | ) |
| v. | ) Case No. 24 CV 8863 |
| TRUSTEES OF THE NEW YORK CITY et al., | ) |
| *Defendants* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS.

Date: 11/25/2024

/s/ Lillianna Iorfino
*Attorney's signature*

Lillianna Iorfino, Esq., 5911367
*Printed name and bar number*

Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
*Address*

liorfino@vandallp.com
*E-mail address*

(212) 943-9080
*Telephone number*

(212) 943-9082
*FAX number*