UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK FURER AND CONCRETE INDUSTRIES ONE CORP., <br><br> Plaintiffs, <br><br> -against- <br><br> TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br> Defendants. | Docket No. 1:24-cv-08863 <br><br> **APPLICATION GRANTED SO ORDERED** _(signature)_ **VERNON S. BRODERICK U.S.D.J.** <br><br> Date: January 21, 2025 <br><br> For extension requests in the future, the parties are directed to Rule 1.G of my Individual Rules & Practices in Civil Cases. |

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned as counsel or representative for the parties herein, that:

1.      The time for Defendants to respond to Plaintiffs' Petition (ECF Doc. No.51) shall be extended through and including February 11, 2025.

2.      For purposes of this stipulation, facsimile or electronic signatures shall be considered as original signatures.

Dated: January 17, 2025

| | |
|---|---|
| /s/ Maura Moosnick | /s/ Avram E. Frisch |
| Maura Moosnick, Esq. | Avram E. Frisch, Esq. |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |
| Virginia & Ambinder, LLP | Law Office of Avram E. Frisch LLC |
| 40 Broad Street, 7th Floor | 1 University Plaza, Suite 119 |
| New York, NY 10004 | Hackensack, NJ 07601 |
| mmoosnick@vandallp.com | frischa@avifrischlaw.com |