

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Maura Moosnick**
Partner
mmoosnick@vandallp.com

February 10, 2025

<u>**VIA ECF**</u>

Hon. Vernon S. Broderick, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *<u>Mark Furer and Concrete Industries One Corp. v. Trustees of the New York City District Council of Carpenters Pension Fund, et al.</u>*, <u>**24 CV 08863 (VSB)**</u>

Dear Judge Broderick:

    This firm represents the Defendants in the above-referenced case. We submit this letter with the consent of the Plaintiffs, seeking a three-week extension to respond to Plaintiffs' Petition (ECF Doc. No. 1). On January 21, 2025, this Court so ordered a stipulation to extend the time for Defendants to respond to Plaintiffs' Petition to February 11, 2025 (ECF Doc. No. 9).

    Defendants respectfully request a second extension to respond to Plaintiffs' Petition through and including March 4, 2025, as the Trustees voted how to proceed, and the parties are now in settlement discussions. Counsel for Plaintiffs confirmed consent to the extension today, February 10, 2025.

    We thank the Court for its time and attention to this matter.

                                               Respectfully submitted,

                                               */s/Maura Moosnick*

                                               Maura Moosnick, Esq.

cc:    Counsel of record (via ECF)