UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK FURER AND CONCRETE INDUSTRIES ONE CORP., | |
| Plaintiffs, | 1:24-cv-08863 |
| -against- | |
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, | **STIPULATION OF DISMISSAL** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs Mark Furer and Concrete Industries One Corp. and Defendants Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and the Carpenter Contractor Alliance of Metropolitan New York through their undersigned counsel, that whereas no party hereto is an infant, incompetent person, or conservatee, the above-captioned action is hereby dismissed with prejudice, without cost to any party as against the other, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in facsimile and/or electronically scanned counterparts and may be filed without further notice with the Clerk of Court.

Dated: New York, New York
       February 19, 2025

**VIRGINIA & AMBINDER, LLP**

By:   _/s/ Maura Moosnick_
     Maura Moosnick, Esq.
     *Attorneys for Defendants*
     40 Broad Street, 7th Floor
     New York, New York 10004
     mmoosnick@vandallp.com

Dated: Hackensack, New Jersey
      February __19__, 2025

**THE LAW OFFICE OF AVRAM E. FRISCH LLC**

By:   _/s/ Avram E. Frisch_
     Avram E. Frisch, Esq.
     *Attorneys for Plaintiffs*
     1 University Plaza, Suite 119
     Hackensack, New Jersey 07601
     frischa@avifrischlaw.com

SO ORDERED:

_____
Hon. Vernon S. Broderick, U.S.D.J.

Dated: