UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARK FURER AND CONCRETE INDUSTRIES ONE CORP., <br><br> Plaintiffs, <br><br> -against- <br><br> TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br> Defendants. | 1:24-cv-08863 <br><br> **STIPULATION OF** <br> **DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs Mark Furer and Concrete Industries One Corp. and Defendants Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and the Carpenter Contractor Alliance of Metropolitan New York through their undersigned counsel, that whereas no party hereto is an infant, incompetent person, or conservatee, the above-captioned action is hereby dismissed with prejudice, without cost to any party as against the other, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in facsimile and/or electronically scanned counterparts and may be filed without further notice with the Clerk of Court.

Dated: New York, New York
   February 19, 2025

**VIRGINIA & AMBINDER, LLP**

By: /s/ *Maura Moosnick*
   Maura Moosnick, Esq.
   *Attorneys for Defendants*
   40 Broad Street, 7th Floor
   New York, New York 10004
   mmoosnick@vandallp.com

Dated: Hackensack, New Jersey
   February  19 , 2025

**THE LAW OFFICE OF AVRAM E. FRISCH LLC**

By: /s/ *Avram E. Frisch*
   Avram E. Frisch, Esq.
   *Attorneys for Plaintiffs*
   1 University Plaza, Suite 119
   Hackensack, New Jersey 07601
   frischa@avifrischlaw.com

**SO ORDERED:**

*Vernon Broderick*
_____
**HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE**

Date: February 20, 2025

Under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, an action may be dismissed "without a court order" with a "stipulation of dismissal signed by all parties who have appeared." Because this stipulation has been signed by counsel to all the parties in this action, a court order is not required to effectuate dismissal. But for the avoidance of doubt, the Clerk of Court is respectfully directed to close this action.